**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VALIANOS, NICHOLAS C. | § | Case No. 08-73447 |
| VALIANOS, JEANNIE K. | § | |
| VALIANOS, NICK C. | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/17/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/30/2009          By:  /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: VALIANOS, NICHOLAS C. | § Case No. 08-73447 |
| VALIANOS, JEANNIE K. | § |
| VALIANOS, NICK C. | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 50,001.27 |
| *and approved disbursements of* | $ | 44,801.07 |
| *leaving a balance on hand of* [1] | $ | 5,200.20 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 4,250.13 | $ 137.17 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,511.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4P | Illinois Department of Revenue Bankruptcy Section | $ 790.00 | $ 424.97 |
| 7P | Department of the Treasury - IRS | $ 721.15 | $ 387.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 213,494.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 323.46 | $ 0.00 |
| 2 | Charles Gray%Fulbright & Associates | $ 95,594.79 | $ 0.00 |
| 3 | Milex/Mr. Transmission/35M Auto Inc. | $ 358.54 | $ 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | $ 4,564.00 | $ 0.00 |
| 6 | Roundup Funding, LLC | $ 723.16 | $ 0.00 |
| 7U | Department of the Treasury - IRS | $ 108,759.14 | $ 0.00 |
| 8 | eCAST Settlement Corporation assignee of Rockford Mercantile Agency, | $ 225.11 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 9 | Inc. | $ 845.14 | $ 0.00 |
| 10 | Accent Recievable Services | $ 120.00 | $ 0.00 |
| 11 | AFNI/Verizon | $ 1,980.78 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                                  N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                                  N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2                   Date Rcvd: Jan 12, 2010
Case: 08-73447                Form ID: pdf006            Total Noticed: 57

The following entities were noticed by first class mail on Jan 14, 2010.
db           +Nicholas C. Valianos,    650 Prairie View Lane,    Hinckley, IL 60520-9329
jdb          +Jeannie K. Valianos,    650 Prairie View Lane,    Hinckley, IL 60520-9329
aty          +Charles L. Fierz,    134 W. State Street,    Sycamore, IL 60178-1472
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12763749     +AMC Mortgage Services,    505 City Parkway West,    Orange, CA 92868-2924
12763751    ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court: Applied Bank,    601 Delaware,    Wilmington, DE  19801)
12763748     +Accent Recievable Services,    5183 Harlem Road,    Loves Park, IL 61111-3448
12763750      Anderson Financial,    P.O. Box 3097,    Bloomington, IL  61702-3097
12763752     +Arrow Financial,    8589 Aero Drive  Ste. 600,    San Diego, CA 92123-1722
12763753     +Barrons Collections,    155 Revere Drive   Ste.9,    North Brook, IL 60062-1558
12763754      Charles Gray%Fulbright & Associates,    P.O. Box 1510,    Rockford, IL  61110-0010
12763755     +Consultants In Diagnostic Imaging,    P.O. Box 865,    DeKalb, IL 60115-0865
12763756      Credit One Bank,    P.O. Box 98873,    Las Vegas, NV  89193-8873
12763757     +Creditors Collections,    P.O. Box 63,    Kankakee, IL 60901-0063
12763758      DeKalb Recorders Office,    Sycamore, IL  60178
12763759      Delnor Community Hospital,    P.O. Box 88055,    Chicago, IL  60680-1055
12763760      FFCC-Columbus,    Columbus, OH  43220
12763761     +Fifth Third Bank,    1701 Golf Road,    Rolling Meadows, IL 60008-4207
12763763     +HR Accounts, Inc.,    7017 John Deere Parkway,    Moline, IL 61265-8072
12763764      I.C. Systems,    444 Highway 96 E,    St. Paul, MN  55127-2557
12763767    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury - IRS,    POB 21126,
               Philadelphia PA 19114)
12763765      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12763766      Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL  60515-1703
12763768     +KCA Financial,    628 North Street,    Geneva, IL 60134-1356
12763769     +Kishwaukee Community Hospital,    P.O. Box 739,    Moline, IL 61266-0739
12763776     +Law Offices of Snyder & Assoc,    120 E Ogden Ave., Ste 17B,    Hinsdale,IL 60521-3544
12763770     +Litton Loan Servicing In Texas,    4828 Looa Central Drive,    Houston, TX 77081-2166
12763771     +Litton Loan Servicing%Codilis& Associate,    15W030 N. Frontage Road, Ste.100,
               Burr Ridge, IL 60527-6921
12763780    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial,    P.O. Box 41448,    Philadelphia, PA  19101)
12763772     +Mar F. Suchy/Trade Mar Properties,    12085 Baseline Road,    Kingston, IL 60145-8550
12763773     +Medical Business Bureau,    1460 Renaissance D,    Park Ridge, IL 60068-1331
12763775     +Merchants Credit,    223 W. Jackson Street, Ste.900,    Chicago, IL 60606-6993
12763777     +Midland Credit,    8875 Aero Drive  Ste.200,    San Diego, CA 92123-2255
12763778     +Milex/Mr. Transmission/35M Auto Inc.,    1565 DeKalb Ave.,    Sycamore, IL 60178-2724
12763779      NCA Financial,    P.O. Box 41466,    Philadelphia, PA  19101
12763781     +NCO Financial Sytems, Inc,    507 Prodential Road,    Horshem, PA 19044-2368
12763782      RMS,    P.O. Box 1510,    Richfield, OH  44286
12763783     +Rockford Mercantile,    P.O. Box 5847,    Rockford, IL 61125-0847
13636989     +Rockford Mercantile Agency, Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
12763784     +SKO Brenner American,    P.O. Box 230,    Femngdale, NY 12734
12763785     +Sunrise Dental,    502 E. State Street,    Geneva, IL 60134-2363
12763786     +Tri-City Radiology,    9410 Compobill Drive,    Orland Park, IL 60462-2627
12763787      UN Collections,    5620 South Whek Blvd.,    Toledo, OH  43614
12763746     +Valianos Jeannie K,    650 Prairie View Lane,    Hinckley, IL 60520-9329
12763745     +Valianos Nicholas C,    650 Prairie View Lane,    Hinckley, IL 60520-9329
12763788     +Valley Enrergency Care,    P.O. Box 903,    Wheeling, IL 60090-0903
12763789     +Valley West Commumity Hospital,    P.O. Box 904,    DeKalb, IL 60115-0904
12763790     +Verizon South,    236 E. Town Street  #170,    Columbus, OH 43215-4631
12763791     +Yahoo Small Business,    701 1st Ave.,    Sunnyville, CA 94089-1019
13533593      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jan 12, 2010.
13712617     +E-mail/PDF: recoverybankruptcy@afninet.com Jan 13 2010 00:46:55     AFNI/Verizon,    404 Brock Dr,
               Bloomington, IL 61701-2654
12939985     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:50      Capital Recovery II,
               Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
12763762     +E-mail/Text: bankruptcy@hraccounts.com                            H & R Accounts,    P.O. Box 672,
               Moline, IL 61266-0672
12763774      Fax: 847-227-2151 Jan 13 2010 03:00:32      Medical Recovery Specialists,
               2250 E. Devon Ave.  Ste.352,    Des Plaines, IL  60018-4519
13024901     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:50      Recovery Management Systems Corporation,    For Capital Recovery II,
               As Assignee of PREMIER BANKCARD, INC.,    25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
13081291      E-mail/PDF: BNCEmails@blinellc.com Jan 13 2010 00:46:08      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2                   Date Rcvd: Jan 12, 2010
Case: 08-73447                 Form ID: pdf006            Total Noticed: 57

aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
12763747*     +Charles L Fierz,   134 W State St,   Sycamore, IL 60178-1472
13072241*      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
                                                                                               TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2010**                    **Signature:**    /s/ Joseph Speetjens