**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VALIANOS, NICHOLAS C. | § | Case No. 08-73447 |
| VALIANOS, JEANNIE K. | § | |
| VALIANOS, NICK C. | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $256,400.00 | Assets Exempt: $5,700.00 |
| Total Distribution to Claimants: $12,083.54 | Claims Discharged Without Payment: $214,192.37 |
| Total Expenses of Administration: $22,917.73 | |

3) Total gross receipts of $ 50,001.27 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2** ), yielded net receipts of $35,001.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $13,317.64 | $11,270.64 | $11,270.64 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,917.73 | 22,917.73 | 22,917.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,511.15 | 1,511.15 | 812.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 270,491.44 | 213,494.12 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $308,237.96 | $249,193.64 | $35,001.27 |

4) This case was originally filed under Chapter 7 on October 28, 2008. . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/27/2010 By: /s/JOSEPH D. OLSEN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| P.I. Case | 1142-000 | 50,000.00 |
| Interest Income | 1270-000 | 1.27 |
| **TOTAL GROSS RECEIPTS** | | $50,001.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeannie Valianos | Pert Ct. Order of 8/24 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue Bankruptcy Section | 4110-000 | N/A | 2,047.00 | 0.00 | 0.00 |
| University Anesthesiologist | 4220-000 | N/A | 14.00 | 14.00 | 14.00 |
| Delnor Community Hospital | 4220-000 | N/A | 11,256.64 | 11,256.64 | 11,256.64 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $13,317.64 | $11,270.64 | $11,270.64 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,250.13 | 4,250.13 | 4,250.13 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 137.17 | 137.17 | 137.17 |
| Law Offices of G. Kimball MacCloskey | 3210-600 | N/A | 18,530.43 | 18,530.43 | 18,530.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,917.73 | 22,917.73 | 22,917.73 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 790.00 | 790.00 | 424.97 |
| Department of the Treasury - IRS | 5800-000 | N/A | 721.15 | 721.15 | 387.93 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 1,511.15 | 1,511.15 | 812.90 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 323.46 | 323.46 | 0.00 |
| Charles Gray%Fulbright & Associates | 7100-000 | N/A | 95,594.79 | 95,594.79 | 0.00 |
| Milex/Mr. Transmission/35M Auto Inc. | 7100-000 | N/A | 358.54 | 358.54 | 0.00 |
| Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 4,564.00 | 4,564.00 | 0.00 |
| Law Offices of Snyder & Assoc | 7100-000 | N/A | 56,997.32 | 0.00 | 0.00 |
| Roundup Funding, LLC | 7100-000 | N/A | 723.16 | 723.16 | 0.00 |
| Department of the Treasury - IRS | 7100-000 | N/A | 108,759.14 | 108,759.14 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 225.11 | 225.11 | 0.00 |
| Rockford Mercantile Agency, Inc. | 7100-000 | N/A | 845.14 | 845.14 | 0.00 |
| Accent Recievable Services | 7100-000 | N/A | 120.00 | 120.00 | 0.00 |
| AFNI/Verizon | 7100-000 | N/A | 1,980.78 | 1,980.78 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 270,491.44 | 213,494.12 | 0.00 |

Exhibit 8

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73447
**Case Name:** VALIANOS, NICHOLAS C.
VALIANOS, JEANNIE K.
**Period Ending:** 04/27/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/28/08 (f)
**§341(a) Meeting Date:** 11/24/08
**Claims Bar Date:** 04/07/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House at Prairie View | 230,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Furniture audio, video, and computer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothes | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Stock in Valianos Flooring, Inc. and unincorpora | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1998 Chrysler | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1998 Jeep | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | P.I. Case | 15,000.00 | 50,000.00 | | 50,000.00 | FA |
| 8 | Furniture audio, video, and computer | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothes | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Stock in Valianos Flooring, Inc. and unincorpora | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1998 Chrysler | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 Jeep | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Jeanne Valioanos personal property (personal inj | 15,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.27 | Unknown |
| **14** | **Assets Totals** (Excluding unknown values) | **$271,400.00** | **$50,000.00** | | **$50,001.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

This was a personal injury case. Hired outside counsel. Eventually, matter was settled but unfortunately between the attorneys' contingent fees, advanced costs, the Debtor's personal injury exemption and medical lien/creditors, only $5,000.00 remained. The final report should be filed in early 1/10.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010 **Current Projected Date Of Final Report (TFR):** January 8, 2010

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-73447
**Case Name:** VALIANOS, NICHOLAS C.
VALIANOS, JEANNIE K.
**Taxpayer ID #:** **-***5293
**Period Ending:** 04/27/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****70-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/09 | {7} | Law Office of Kim MacCloskey & Associates | proceeds from settlement | 1142-000 | 50,000.00 | | 50,000.00 |
| 08/26/09 | | To Account #********7066 | Per 8/24 Order - pay PI/medical liens | 9999-000 | | 44,801.07 | 5,198.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 5,199.38 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,199.59 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,199.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,200.01 |
| 12/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 5,200.20 |
| 12/29/09 | | To Account #********7066 | Prep. of F. Rpt | 9999-000 | | 5,200.20 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **50,001.27** | **50,001.27** | **$0.00** |
| Less: Bank Transfers | 0.00 | 50,001.27 | |
| **Subtotal** | **50,001.27** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,001.27** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 08-73447
**Case Name:** VALIANOS, NICHOLAS C.
VALIANOS, JEANNIE K.
**Taxpayer ID #:** **-***5293
**Period Ending:** 04/27/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****70-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/26/09 | | From Account #********7065 | Per 8/24 Order - pay PI/medical liens | 9999-000 | 44,801.07 | | 44,801.07 |
| 08/26/09 | 101 | Law Offices of G. Kimball MacCloskey | Per Ct. Order 8/24 - fees & costs | 3210-600 | | 18,530.43 | 26,270.64 |
| 08/26/09 | 102 | Jeannie Valianos | Pert Ct. Order of 8/24 | 8100-002 | | 15,000.00 | 11,270.64 |
| 08/26/09 | 103 | University Anesthesiologist | Per Ct. Order of 8/24 - Valianos | 4220-000 | | 14.00 | 11,256.64 |
| 08/26/09 | 104 | Delnor Community Hospital | Per Ct. Order of 8/24 - Ref #3890270 | 4220-000 | | 11,256.64 | 0.00 |
| 12/29/09 | | From Account #********7065 | Prep. of F. Rpt | 9999-000 | 5,200.20 | | 5,200.20 |
| 02/18/10 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,250.13, Trustee Compensation; Reference: | 2100-000 | | 4,250.13 | 950.07 |
| 02/18/10 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $137.17, Trustee Expenses; Reference: | 2200-000 | | 137.17 | 812.90 |
| 02/18/10 | 107 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 53.79% on $790.00; Claim# 4P; Filed: $790.00; Reference: | 5800-000 | | 424.97 | 387.93 |
| 02/18/10 | 108 | Department of the Treasury - IRS | Dividend paid 53.79% on $721.15; Claim# 7P; Filed: $721.15; Reference: | 5800-000 | | 387.93 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **50,001.27** | **50,001.27** | **$0.00** |
| Less: Bank Transfers | 50,001.27 | 0.00 | |
| **Subtotal** | **0.00** | **50,001.27** | |
| Less: Payments to Debtors | | 15,000.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$35,001.27** | |

| | |
|---|---|
| Net Receipts : | 50,001.27 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $35,001.27 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **MMA # ***-*****70-65** | **50,001.27** | **0.00** | **0.00** |
| **Checking # ***-*****70-66** | **0.00** | **35,001.27** | **0.00** |
| | **$50,001.27** | **$35,001.27** | **$0.00** |